1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
9                                                    No. C
10          Plaintiff(s),                            **CONSENT TO PROCEED BEFORE A
                                                     UNITED STATES MAGISTRATE JUDGE**
11     v.
12
13          Defendant(s).
                                          /
14

     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____        _____
                                      Signature

                                      Counsel for _____
                                      (Plaintiff, Defendant or indicate "pro se")