SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VLADIMIR BAGOTSKY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Department of Homeland Security, MICHAEL ) <br> CHERTOFF, Secretary; ) <br> United States Citizenship and Immigration ) <br> Services, EMILIO T. GONZALEZ, Director; ) <br> United States Citizenship and Immigration ) <br> Services, ROSEMARY MELVILLE, District ) <br> Director; ) <br> U.S. Attorney General, ALBERTO GONZALES; ) <br> Federal Bureau of Investigation, ROBERT S. ) <br> MUELLER, III, Director, ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 07-2546 HRL <br><br> **ANSWER** |

The Defendants hereby submit their answer to Plaintiff's Petition for Hearing on Naturalization Application Pursuant to 8 U.S.C. § 1447(b).

   1. Paragraph One consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, the Defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph One.

   2. Defendants admit the allegations in Paragraph Two.

3. Defendants admit the allegations in Paragraph Three.

4. Defendants admit the allegations in Paragraph Four.

5. Defendants admit the allegations in Paragraph Five.

6. Defendants admit the allegations in Paragraph Six.

7. Paragraph Seven consists of Plaintiff's conclusion of law for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

8. Paragraph Eight consists of Plaintiff's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Defendant denies that this Court has jurisdiction under any of the provisions cited in Paragraph Eight.

9. Defendants admit the allegations in Paragraph Nine.

10. Defendants admit the allegations in Paragraph Ten.

11. Defendants admit the allegations in Paragraph Eleven with the exception that it was the interview that was conducted. The examination process is still ongoing as background checks have not been returned.

12. Defendants are without sufficient information to admit or deny the allegations in Paragraph Twelve. However, USCIS has records to indicate that a response was sent to the plaintiff on October 31, 2006.

13. Paragraph Thirteen consists of Plaintiff's characterizations of the lawsuit for which no answer is required; however, to the extent that such allegations are deemed to require an answer, Defendants deny the allegations contained in this paragraph.

14. Paragraph Fourteen consists of Plaintiff's conclusion of law for which no answer is required.

15. Paragraph Fifteen consists of Plaintiff's conclusion of law for which no answer is required.

The remaining paragraphs consist of Plaintiff's prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, the Defendants deny these paragraphs.

**FIRST AFFIRMATIVE DEFENSE**

The court should dismiss the complaint under Fed. R. Civ. P. 12(b)(6) because Plaintiff fails to state a claim upon relief may be granted.

WHEREFORE, Defendants pray for relief as follows:

That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's complaint with prejudice; that Plaintiff take nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Dated: July 19, 2007                              Respectfully submitted,

                                                  SCOTT N. SCHOOLS
                                                  United States Attorney


                                                  _____/s/_____
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants