1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 VLADIMIR BAGOTSKY,                )
                                     )  No. C 07-2546 HRL
13             Plaintiff,            )
                                     )
14        v.                         )
                                     )  **CONSENT TO PROCEED BEFORE A**
15 Department of Homeland Security, MICHAEL ) **UNITED STATES MAGISTRATE**
   CHERTOFF, Secretary;              )  **JUDGE**
16 United States Citizenship and Immigration )
   Services, EMILIO T. GONZALEZ, Director; )
17 United States Citizenship and Immigration )
   Services, ROSEMARY MELVILLE, District )
18 Director;                         )
   U.S. Attorney General, ALBERTO GONZALES; )
19 Federal Bureau of Investigation, ROBERT S. )
   MUELLER, III, Director,           )
20                                   )
               Defendants.            )
21 _____)

22     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants

23 hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further

24 proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

25 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

26 ///

27 ///

28

Consent to Magistrate Jurisdiction
C07-2546 HRL                                    1

| | | |
|---|---|---|
| 1 | Dated: July 31, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney |

Consent to Magistrate Jurisdiction
C07-2546 HRL                               2