1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE  DIVISION

12  VLADIMIR BAGOTSKY,                    )
                                          )  No. C 07-2546 HRL
13              Plaintiff,                )
                                          )
14         v.                             )
                                          )  **STIPULATION TO DISMISS; AND**
15  Department of Homeland Security, MICHAEL  )  **[PROPOSED] ORDER**
    CHERTOFF, Secretary;                  )
16  United States Citizenship and Immigration  )
    Services, EMILIO T. GONZALEZ, Director;  )
17  United States Citizenship and Immigration  )
    Services, ROSEMARY MELVILLE, District  )
18  Director;                             )
    U.S. Attorney General, ALBERTO GONZALES;  )
19  Federal Bureau of Investigation, ROBERT S.  )
    MUELLER, III, Director,               )
20                                        )
                Defendants.               )
21  _____ )

22      Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24  action without prejudice in light of the fact that the United States Citizenship and Immigration

25  Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

26  within 30 days of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28  ///

    Stipulation to Dismiss
    C07-2546 HRL                    1

1    Date: August 3, 2007                           Respectfully submitted,

2                                                   SCOTT N. SCHOOLS
                                                    United States Attorney
3

4
                                                   _____/s/_____
5                                                  ILA C. DEISS
                                                   Assistant United States Attorney
6                                                  Attorneys for Defendants

7

8
                                                   _____/s/_____
9    Date: August 3, 2007                          MONICA KANE
                                                   Attorney for Plaintiff
10

11

12

13                                 **ORDER**

14        Pursuant to stipulation, IT IS SO ORDERED.

15

16
     Date:                              _____
17                                             HOWARD R. LLOYD
                                               United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C07-2546 HRL                            2