| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

5    450 Golden Gate Avenue, Box 36055        **\*ORDER E-FILED:  8/6/2007\***
      San Francisco, California 94102
6    Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
      Attorneys for Defendants
8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                      SAN JOSE  DIVISION

12  VLADIMIR BAGOTSKY,                           )
                                                              )  No. C 07-2546 HRL
13                     Plaintiff,                          )
                                                              )
14            v.                                           )
                                                              )  **STIPULATION TO DISMISS; AND**
15  Department of Homeland Security, MICHAEL  )  **[PROPOSED] ORDER**
      CHERTOFF, Secretary;                        )
16  United States Citizenship and Immigration )
      Services, EMILIO T. GONZALEZ, Director; )
17  United States Citizenship and Immigration )
      Services, ROSEMARY MELVILLE, District )
18  Director;                                              )
      U.S. Attorney General, ALBERTO GONZALES; )
19  Federal Bureau of Investigation, ROBERT S. )
      MUELLER, III, Director,                       )
20                                                          )
                     Defendants.                        )
21  _____ )

    Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

    Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-2546 HRL                                                    1

Date: August 3, 2007         Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants


Date: August 3, 2007         _____/s/_____
MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   August 6, 2007        _____
HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Dismiss
C07-2546 HRL                                2